FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 22 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

2023 MAY 22 A 10: 18

TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

**CASE NO.** 4:23-cv-00470-KGB-JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Ricky Brown
ADC # 129190  266376
Address: 3102 W. Roosevelt Rd. LR, Ar. 72204

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Baker
Name of plaintiff: _____ and to Magistrate Judge Ray
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dr. Tilley
Position: Dr. Pulaski Co. Det. Facility
Place of employment: Turn Key medical
Address: 3201 W Roosevelt rd. LR, Ar. 72204
Name of defendant: Mrs. Messersmith
Position: Care Provider Pulaski Co. Det. Facility

-4-

Place of employment: _Turn Key Medical_

Address: _3201 Roosevelt Rd LR, Ar. 72204_

Name of defendant: _Turn Key medical_

Position: _Care Providere_

Place of employment: _Pulaski Co. Det. Facility_

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

  ☐ official capacity only
  ☐ personal capacity only
  ☑ both official and personal capacity

III. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No ✓

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   ☐ Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Pulaski Co. Det. Facility

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

## VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was scheduled for consutcition for a hernia surgery in 10-22 the same day I was in court & detained. I have seen medical almost every week scince I have been here. Dr. Tilly & Mrs. Messersmith have told me I need surgery. I was sent to UAMS hospital on 2-5-23 because my hurnia has gotten worse. I was scheduled for a double hernia surgery on 2-5-23 at UAMS for the following week and was not taken It is now 5-15-23 I still have not been taken for my surgery. They tell me that I am

waiting on the Federal marshals to approve my appointment. I went in front of Judge D.P. Marshall JR on 5-9-23 he told me if I had exahusted the greivence Process to file a law suite I have exhausted the greivence process. My sick calls are ~~not~~ even being answered no because they say there is nothing else the can do untill I get surgery I am contantly in pain & sick

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want my surgery for my Health I want compensation for my pain + mental stress $ 500,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _17_ day of _may_, 20_23_

_Rickey Brown_

_____

Signature(s) of plaintiff(s)

Rickey Brown
3201 W. Rosevelt Rd
L.R. Ar. 72204



Pro SE Clerk
600 W. Capital Avenue Room A149
Little Rock Ar. 72201

ILm