# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICKEY BROWN**                                                                                                **PLAINTIFF**
Reg #27002-510

v.                                    Case No. 4:23-cv-00470-KGB

**ABSALOM TILLEY,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 39). Plaintiff Rickey Brown has filed objections to the Recommended Disposition (Dkt. No. 40).

Judge Moore recommends that the defendants' motion for summary judgment be granted and that Mr. Brown's complaint be dismissed without prejudice for failure to exhaust his administrative remedies (Dkt. No. 39, at 10). Judge Moore explains that, although Mr. Brown filed several grievances related to this complaint, he did not appeal the grievances related to allegations in his complaint (*Id.*, at 9). Therefore, Judge Moore recommends that the Court determine that Mr. Brown did not exhaust the administrative grievance procedure as to claims raised in his complaint, despite appealing other grievances unrelated to this complaint (*Id.*). In his objections, Mr. Brown writes, "I don't understand how this works," and he writes, "I more than exhausted all administrative remedies that I was made aware of." (Dkt. No. 40). Mr. Brown does not explain why he appealed other grievances but not those relevant to this claim (*Id.*).

After careful consideration of the Recommended Disposition, the objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No.

39).  The Court grants defendants' motion for summary judgment (Dkt. No. 31).  The Court dismisses without prejudice Mr. Brown's complaint (Dkt. No. 2).

It is so ordered this 6th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge